RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE /,29,2010
BY_____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| TOMMY LOUIS DAVIS<br>LA. DOC #345339<br>VS. | CIVIL ACTION NO. 09-1740<br><br>SECTION P<br><br>JUDGE ROBERT G. JAMES |
| WARDEN BURL CAIN | MAGISTRATE JUDGE HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. No. 4], and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record [Doc. No. 5];

**IT IS ORDERED** that this petition for *habeas corpus* be **DISMISSED WITH PREJUDICE** because petitioner's claims are barred by the one-year limitation period codified at 28 U.S.C. §2244(d).

**THUS DONE AND SIGNED,** in chambers, in Monroe, Louisiana, on this 29 day of January, 2010.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE